No. 85–6911.  HYCHE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–6917.  MOSS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–6992.  GARDNER *v.* LUSBY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–7019.  GANUS *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 85–7094.  THIBAULT *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 85–7179.  TRENCH *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 10th Cir.  Certiorari denied.

No. 86–170.  PROVENZANO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–280.  OUTBOARD MARINE CORP. *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 86–311.  RICHARDS *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 86–314.  ALLEY ET VIR *v.* GUBSER DEVELOPMENT CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 86–351.  CITY OF ST. CHARLES ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 86–352.  KRZYSKE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.